FILED
2026 Oct-22 PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JEREMY FLOYD JONES** | ) | **Case No. 5:25-cr-590-MHH-HNJ-1** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

# MEMORANDUM OPINION

On November 3, 2025, a grand jury indicted Jeremy Floyd Jones on a felon in possession charge under 18 U.S.C. § 922(g)(1). (Doc. 1). On July 20, 2026, pursuant to a plea agreement, Mr. Jones pleaded guilty. (*See* Doc. 23; *see* Minute Entry 7/20/26). Pursuant to Fed. R. Crim. P. 11 and 28 U.S.C. § 636, Magistrate Judge Cornelius presided over Mr. Jones's change of plea hearing. (Minute Entry 7/20/26; Doc. 23).

On July 22, 2026, Judge Cornelius entered a report in which she recommended that the Court accept Mr. Jones's guilty plea and impose an appropriate sentence. (Doc. 23). Judge Cornelius notified Mr. Jones that he had 14 days to file objections to her report. (Doc. 23, p. 1). To date, the Court has not received objections.

Accordingly, the Court adopts the report and accepts Judge Cornelius's recommendation. Consistent with that recommendation, the Court accepts Mr.

Jones's guilty plea. Consistent with this Court's text order entered on August 11, 2026, the Court will hold Mr. Jones's sentencing hearing on October 28, 2026, at 12:00 p.m. in Federal Courthouse, Huntsville, AL. (Doc. 24).

**DONE** and **ORDERED** this October 22, 2026.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE